UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDA HAWKINS HALL and
HENRY HALL,

    Plaintiffs,

CASE NO: 8:08-cv-835-T-30MAP

v.

DESOTO SQUARE, LLC,
d/b/a DESOTO SQUARE and
SEARS, ROEBUCK AND
CO.,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL OF DEFENDANT SEARS, ROEBUCK AND CO. WITH PREJUDICE

Plaintiffs Freda Hawkins Hall and Henry Hall; and Defendant Sears, Roebuck and Co., though their undersigned counsel, agree and stipulate as follows:

1. All of Plaintiffs' claims against Sears are dismissed with prejudice.

2. All liens and subrogated interests will be paid by Plaintiffs out of the proceeds of the settlement of this case.

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 28 day of July, 2008.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE