**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FREDA HAWKINS HALL and**
**HENRY HALL,**

      **Plaintiffs,**

**v.**                            **Case No.  8:08-cv-835-T-30MAP**

**DESOTO SQUARE, LLC,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Remand and Memorandum of Law in Support of Motion (Dkt. #9), Defendant Desoto Square Mall LLC's Response to Plaintiffs' Motion to Remand (Dkt. #10), Joint Stipulation for Dismissal of Defendant Sears, Roebuck and Company with Prejudice (Dkt. #7), and Plaintiffs' Stipulation as to Value of Claim (Dkt. #13).  The Court, having considered the motion, response, stipulation, complaint, and being otherwise advised in the premises, concludes that Plaintiffs' motion should be granted.

Plaintiffs stipulate that they seek less than $75,000 in damages from Defendant. Accordingly, this Court does not possess diversity jurisdiction over this case and remand is proper.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiffs' Motion to Remand and Memorandum of Law in Support of Motion

        (Dkt. #9) is **GRANTED**.

2.      Plaintiffs' Motion to Strike Defendant Desoto's Response to Plaintiffs' Motion

        to Remand (Dkt. #11) is **DENIED AS MOOT**.

3.      The Clerk is directed to **REMAND** this case to the Circuit Court for the

        Twelfth Judicial Circuit in and for Manatee County, Florida.  The Clerk is also

        directed to forward a certified copy of this Order to that Court.

4.      The Clerk is also directed to **CLOSE** this case and terminate any pending

        motions.

        **DONE** and **ORDERED** in Tampa, Florida on November 24, 2008.


_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-835.remand granted 9.wpd